# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

Marilyn Kelly,
Chief Justice

138947

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRIEVANCE ADMINISTRATOR,
            Petitioner-Appellee,

v

SC:  138947
ADB: 08-140-GA

FREDERICK M. TOCA, JR.,
            Respondent-Appellant.

_____/

On order of the Court, the application for leave to appeal is considered, and it is DISMISSED, because the respondent has not been aggrieved "by a final order of discipline or dismissal" entered by the Attorney Discipline Board.  MCR 9.122(A)(1).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

_____
Clerk

p0602